**Order filed December 31, 2013**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

NO. 14-13-00244-CR
14-13-00245-CR

_____

**DONNAVAN RUSSELL WALTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 67160 & 67161**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit #1.**

The clerk of the 239th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit #1, on or before **January 9, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit #1, to the clerk of the 239th District Court.

PER CURIAM